

**ORDERED in the Southern District of Florida on August 7, 2025.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Lorenzo Andrew Allen,                                    Case No. 22-10014-SMG
        Debtor.                                          Chapter 13
_____/

Lorenzo Andrew Allen,
        Plaintiff,

v.                                                       Adv. No. 25-1151-SMG

The Bank of New York, PHH Mortgage
Corporation, Ocwen Loan Servicing,
LLC, Robertson, Anschutz, Schneid,
Crane & Partners, PLLC, Keith
Labell, and Felicia Perry.
        Defendants.
_____/

**ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS**
**AND SCHEDULING HEARING ON MOTIONS FOR OCTOBER 7, 2025**

On July 31, 2025, Defendants Ocwen Loan Servicing, LLC, PHH Mortgage

Corporation, Felicia Perry, and The Bank of New York filed a Motion to Dismiss[1] the

---

[1] ECF No. 21.

Amended Complaint[2] filed by Plaintiff Lorenzo Andrew Allen. On August 5, 2025,

Defendant Keith Labell filed a separate Motion to Dismiss[3] the Amended Complaint.

With the Court being fully advised in the premises, it is hereby **ORDERED** that

1.      **On or before August 27, 2025**, the Plaintiff may file a response(s) in

opposition to the Motions.

2.      **On or before September 10, 2025**, the Defendants may file replies to

the Plaintiff's response(s).

3.      The Court will conduct a hearing on the Motions to Dismiss on October

7, 2025, at 9:30 a.m. at the U.S. Courthouse, 299 E Broward Blvd #308, Fort

Lauderdale, Florida 33301.

# # #

Copies furnished to:

Lorenzo Andrew Allen
6207 NW 66th Way
Parkland, FL 33067

Siobhan E. P. Grant, Esq.

Travis John Bailey, Esq.

---

[2] ECF No. 19.
[3] ECF No. 23.